**Fill in this information to identify the case:**

Debtor name: **Midway Market Square Elyria LLC**

United States Bankruptcy Court for the: SOUTHERN DISTRICT OF NEW YORK

Case number (if known): _____

☐ Check if this is an amended filing

Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors  12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.** Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ■ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ■ *Schedule H: Codebtors* (Official Form 206H)
- ■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule* _____
- ■ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **October 27, 2020**      X  /s/ Chaim Lobl
                                       Signature of individual signing on behalf of debtor

                                       **Chaim Lobl**
                                       Printed name

                                       **Vice President/Managing Member**
                                       Position or relationship to debtor

Fill in this information to identify the case:

| | |
|---|---|
| Debtor name | Midway Market Square Elyria LLC |
| United States Bankruptcy Court for the: | SOUTHERN DISTRICT OF NEW YORK |
| Case number (if known): | |

☐ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders 12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Ulmer & Berne LLP**<br>420 Lexington Avenue<br>Suite 2733<br>New York, NY 10170 | Robin M Wilson<br>rwilson@ulmer.com<br>216.583.7360 | Legal Fees | Unliquidated | | | $60,000.00 |
| **N.E.S. Corp.**<br>2981 Independence Road<br>Cleveland, OH 44115 | | Trade | Unliquidated | | | $37,165.00 |
| **Day One Lighting**<br>355 Spook Rock Road<br>Suffern, NY 10901 | | Trade | Unliquidated | | | $37,000.00 |
| **Reiss Sheppe LLP**<br>Attn: Stephen Friedman<br>425 Madison Avenue, 19th Fl.<br>New York, NY 10017 | Stephen Friedman<br>sfriedman@reisssheppe.com<br>(212) 753-2424 x109 | Legal Fees | | | | $35,000.00 |
| **QPS**<br>45085 Telegraph Road<br>Elyria, OH 44035 | | Trade | Unliquidated | | | $4,935.00 |
| **TG Consultants, Inc.**<br>185 Wheeler Avenue<br>Staten Island, NY 10314 | | Trade | Unliquidated | | | $4,349.78 |
| **Commercial Roofing**<br>P.O. Box 73<br>Garrettsville, OH 44231 | | Trade | Unliquidated | | | $3,526.00 |
| **Mozes Guttman CPA**<br>2 Skillman Street<br>Suite 217<br>Brooklyn, NY 11205 | | Professional Fees | Unliquidated | | | $3,500.00 |
| **Kutak Rock LLP**<br>P.O. Box 30057<br>Omaha, NE 68103 | | Trade | Unliquidated | | | $861.00 |

Official form 204        Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured claims        page 1

Debtor **Midway Market Square Elyria LLC**
Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **North Coast Fire Protection In 1260 North Park Avenue Warren, OH 44483** | | **Trade** | **Unliquidated** | | | **$710.00** |
| **Maintenance System of N. Ohio 42208 Albrecht Rd. #1 Elyria, OH 44035** | | **Trade** | **Unliquidated** | | | **$237.24** |
| **Space Comfort Co. 5201 Clark Avenue Cleveland, OH 44102** | | **Trade** | **Unliquidated** | | | **$185.95** |

**Fill in this information to identify the case:**

Debtor name: **Midway Market Square Elyria LLC**

United States Bankruptcy Court for the: SOUTHERN DISTRICT OF NEW YORK

Case number (if known): _____

☐ Check if this is an amended filing

# Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals     12/15

### Part 1: Summary of Assets

1. *Schedule A/B: Assets-Real and Personal Property* (Official Form 206A/B)

   1a. **Real property:**
   Copy line 88 from *Schedule A/B*............................................................................................  $ **25,000,000.00**

   1b. **Total personal property:**
   Copy line 91A from *Schedule A/B*............................................................................................  $ **2,502,148.15**

   1c. **Total of all property:**
   Copy line 92 from *Schedule A/B*............................................................................................  $ **27,502,148.15**

### Part 2: Summary of Liabilities

2. *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*...................................  $ **18,230,097.02**

3. *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

   **3a. Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F*..........................................................  $ **2,599.65**

   **3b. Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*..............................................  +$ **2,018,469.97**

4. **Total liabilities** ...........................................................................................................
   Lines 2 + 3a + 3b                                                                                              $ **20,251,166.64**

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **Midway Market Square Elyria LLC** |
| United States Bankruptcy Court for the: | SOUTHERN DISTRICT OF NEW YORK |
| Case number (if known) | |

☐ Check if this is an amended filing

# Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property  12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

### Part 1: Cash and cash equivalents

1. **Does the debtor have any cash or cash equivalents?**

   ☐ No. Go to Part 2.
   ■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | Cash held by Mortgagee | | | $1,492,419.54 |
| 3.2. | Operating | Operating | | $3,447.29 |

4. **Other cash equivalents** *(Identify all)*

| | | | |
|---|---|---|---|
| 4.1. | Tenant Reserve Accounts | | $788,437.32 |

5. **Total of Part 1.**  $2,284,304.15
   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

### Part 2: Deposits and Prepayments

6. **Does the debtor have any deposits or prepayments?**

   ■ No. Go to Part 3.
   ☐ Yes Fill in the information below.

### Part 3: Accounts receivable

10. **Does the debtor have any accounts receivable?**

    ☐ No. Go to Part 4.

Official Form 206A/B  Schedule A/B Assets - Real and Personal Property  page 1

| Debtor | **Midway Market Square Elyria LLC** | Case number *(If known)* |
|---|---|---|
| | Name | |

☑ Yes Fill in the information below.

11. **Accounts receivable**

    11a. 90 days old or less:   **217,844.00**   -   **0.00**   = ....   **$217,844.00**
                                face amount                     doubtful or uncollectible accounts

12. **Total of Part 3.**   **$217,844.00**

    Current value on lines 11a + 11b = line 12.  Copy the total to line 82.

### Part 4: Investments

13. **Does the debtor own any investments?**

    ☑ No.  Go to Part 5.
    ☐ Yes Fill in the information below.

### Part 5: Inventory, excluding agriculture assets

18. **Does the debtor own any inventory (excluding agriculture assets)?**

    ☑ No.  Go to Part 6.
    ☐ Yes Fill in the information below.

### Part 6: Farming and fishing-related assets (other than titled motor vehicles and land)

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

    ☑ No.  Go to Part 7.
    ☐ Yes Fill in the information below.

### Part 7: Office furniture, fixtures, and equipment; and collectibles

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

    ☑ No.  Go to Part 8.
    ☐ Yes Fill in the information below.

### Part 8: Machinery, equipment, and vehicles

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

    ☑ No.  Go to Part 9.
    ☐ Yes Fill in the information below.

### Part 9: Real property

54. **Does the debtor own or lease any real property?**

    ☐ No.  Go to Part 10.
    ☑ Yes Fill in the information below.

55. **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|

Debtor   **Midway Market Square Elyria LLC**                                   Case number *(If known)*
         Name

available.

| | | | | |
|---|---|---|---|---|
| 55.1. | **1180 West River Road** **Elyria, OH 44035** | Fee Ownership | $0.00 | $25,000,000.00 |

56. **Total of Part 9.**                                                                                      $25,000,000.00
    Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.
    Copy the total to line 88.

57. **Is a depreciation schedule available for any of the property listed in Part 9?**
    ☐ No
    ■ Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
    ☐ No
    ■ Yes

Part 10:   **Intangibles and intellectual property**

59. **Does the debtor have any interests in intangibles or intellectual property?**

    ■ No.  Go to Part 11.
    ☐ Yes Fill in the information below.

Part 11:   **All other assets**

70. **Does the debtor own any other assets that have not yet been reported on this form?**
    Include all interests in executory contracts and unexpired leases not previously reported on this form.

    ■ No.  Go to Part 12.
    ☐ Yes Fill in the information below.

| Debtor | **Midway Market Square Elyria LLC** | Case number *(If known)* |
|---|---|---|
| | Name | |

## Part 12: Summary

**In Part 12 copy all of the totals from the earlier parts of the form**

| | Type of property | Current value of personal property | Current value of real property |
|---|---|---|---|
| 80. | **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $2,284,304.15 | |
| 81. | **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. | **Accounts receivable.** *Copy line 12, Part 3.* | $217,844.00 | |
| 83. | **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. | **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. | **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. | **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $0.00 | |
| 87. | **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. | **Real property.** *Copy line 56, Part 9.....................>* | | $25,000,000.00 |
| 89. | **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. | **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. | **Total.** Add lines 80 through 90 for each column | $2,502,148.15 + 91b. | $25,000,000.00 |
| 92. | **Total of all property on Schedule A/B**. Add lines 91a+91b=92 | | $27,502,148.15 |

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor name | Midway Market Square Elyria LLC |
| United States Bankruptcy Court for the: | SOUTHERN DISTRICT OF NEW YORK |
| Case number (if known) | |

☐ Check if this is an amended filing

Official Form 206D

## Schedule D: Creditors Who Have Claims Secured by Property     12/15

**Be as complete and accurate as possible.**

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

■ Yes. Fill in all of the information below.

### Part 1:    List Creditors Who Have Secured Claims

**2. List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|---|

**2.1** **Fortress Credit Co LLC**
Creditor's Name

c/o Fortress Credit Group
1345 Ave of the Americas, 46 Fl
New York, NY 10004
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
2016

**Last 4 digits of account number**

**Describe debtor's property that is subject to a lien**
1180 West River Road
Elyria, OH 44035

**Describe the lien**
First Mortgage

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**$18,000,000.00**     **$25,000,000.00**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
■ Disputed

---

**2.2** **M.J. Griffith Paving Inc.**
Creditor's Name

4570 French Creek Road
Sheffield Lake, OH 44054
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Describe debtor's property that is subject to a lien**

**Describe the lien**
Mechanic's Lien

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**$230,097.02**     **$0.00**

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

---

Official Form 206D    Schedule D: Creditors Who Have Claims Secured by Property    page 1 of 2

| Debtor | **Midway Market Square Elyria LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

☒ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

_____

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**     **$18,230,097.02**

| Part 2: | List Others to Be Notified for a Debt Already Listed in Part 1 |
|---|---|

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| **Barbara Aquilla Butler & Assoc**<br>**Attn: Barbara Aquilla Butler**<br>**7064 Avon Belden Rd.**<br>**North Ridgeville, OH 44039** | Line **2.2** | |
| **Lieberman, Dvorin & Dowd , LLC**<br>**Attn: David M. Dvorin**<br>**30195 Chagrin Blvd. Suite 300**<br>**Cleveland, OH 44124** | Line **2.1** | |

**Fill in this information to identify the case:**

Debtor name: **Midway Market Square Elyria LLC**

United States Bankruptcy Court for the: SOUTHERN DISTRICT OF NEW YORK

Case number (if known):

☐ Check if this is an amended filing

Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims 12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

## Part 1: List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ■ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | | Total claim | Priority amount |
|---|---|---|---|---|
| 2.1 | Priority creditor's name and mailing address<br>**City of Elyria**<br>**P. O. Box 94594**<br>**Cleveland, OH 44101**<br><br>Date or dates debt was incurred<br><br>Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (**8**) | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:<br><br>Is the claim subject to offset?<br>■ No<br>☐ Yes | $2,599.65 | $2,599.65 |

## Part 2: List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims**. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | | Amount of claim |
|---|---|---|---|
| 3.1 | **Nonpriority creditor's name and mailing address**<br>**Chaim Lobl**<br>**16 Laurie Lane**<br>**Monsey, NY 10592**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **Loan**<br><br>Is the claim subject to offset? ■ No ☐ Yes | $600,000.00 |
| 3.2 | **Nonpriority creditor's name and mailing address**<br>**Commercial Roofing**<br>**P.O. Box 73**<br>**Garrettsville, OH 44231**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>■ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **Trade**<br><br>Is the claim subject to offset? ■ No ☐ Yes | $3,526.00 |

Debtor **Midway Market Square Elyria LLC** _____ Case number (if known) _____
       Name

| | | |
|---|---|---|
| 3.3 | **Nonpriority creditor's name and mailing address**<br>**Day One Lighting**<br>**355 Spook Rock Road**<br>**Suffern, NY 10901**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>■ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __Trade__<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$37,000.00** |
| 3.4 | **Nonpriority creditor's name and mailing address**<br>**Edith Katz**<br>**171 Penn Street**<br>**Brooklyn, NY 11211**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __Loan__<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$41,000.00** |
| 3.5 | **Nonpriority creditor's name and mailing address**<br>**Kutak Rock LLP**<br>**P.O. Box 30057**<br>**Omaha, NE 68103**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>■ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __Trade__<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$861.00** |
| 3.6 | **Nonpriority creditor's name and mailing address**<br>**Maintenance System of N. Ohio**<br>**42208 Albrecht Rd. #1**<br>**Elyria, OH 44035**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>■ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __Trade__<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$237.24** |
| 3.7 | **Nonpriority creditor's name and mailing address**<br>**Mozes Guttman CPA**<br>**2 Skillman Street**<br>**Suite 217**<br>**Brooklyn, NY 11205**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>■ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __Professional Fees__<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$3,500.00** |
| 3.8 | **Nonpriority creditor's name and mailing address**<br>**N.E.S. Corp.**<br>**2981 Independence Road**<br>**Cleveland, OH 44115**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>■ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __Trade__<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$37,165.00** |
| 3.9 | **Nonpriority creditor's name and mailing address**<br>**North Coast Fire Protection In**<br>**1260 North Park Avenue**<br>**Warren, OH 44483**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>■ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __Trade__<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$710.00** |

Debtor **Midway Market Square Elyria LLC**  Case number (if known)
        Name

| | | |
|---|---|---:|
| 3.10 | **Nonpriority creditor's name and mailing address**<br>**Paul Asher Pollak**<br>**199 Lee Avenue**<br>**Suite 635**<br>**Brooklyn, NY 11211**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __Loan__<br><br>Is the claim subject to offset? ■ No ☐ Yes | $522,000.00 |
| 3.11 | **Nonpriority creditor's name and mailing address**<br>**QPS**<br>**45085 Telegraph Road**<br>**Elyria, OH 44035**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>■ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __Trade__<br><br>Is the claim subject to offset? ■ No ☐ Yes | $4,935.00 |
| 3.12 | **Nonpriority creditor's name and mailing address**<br>**Reiss Sheppe LLP**<br>**Attn: Stephen Friedman**<br>**425 Madison Avenue, 19th Fl.**<br>**New York, NY 10017**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __Legal Fees__<br><br>Is the claim subject to offset? ■ No ☐ Yes | $35,000.00 |
| 3.13 | **Nonpriority creditor's name and mailing address**<br>**Space Comfort Co.**<br>**5201 Clark Avenue**<br>**Cleveland, OH 44102**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>■ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __Trade__<br><br>Is the claim subject to offset? ■ No ☐ Yes | $185.95 |
| 3.14 | **Nonpriority creditor's name and mailing address**<br>**TG Consultants, Inc.**<br>**185 Wheeler Avenue**<br>**Staten Island, NY 10314**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>■ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __Trade__<br><br>Is the claim subject to offset? ■ No ☐ Yes | $4,349.78 |
| 3.15 | **Nonpriority creditor's name and mailing address**<br>**Ulmer & Berne LLP**<br>**420 Lexington Avenue**<br>**Suite 2733**<br>**New York, NY 10170**<br><br>Date(s) debt was incurred __2020__<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>■ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __Legal Fees__<br><br>Is the claim subject to offset? ■ No ☐ Yes | $60,000.00 |
| 3.16 | **Nonpriority creditor's name and mailing address**<br>**West River Investor LLC**<br>**199 Lee Avenue**<br>**Suite 635**<br>**Brooklyn, NY 11211**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __Loan__<br><br>Is the claim subject to offset? ■ No ☐ Yes | $668,000.00 |

**Part 3:** List Others to Be Notified About Unsecured Claims

Debtor  **Midway Market Square Elyria LLC**          Case number (if known)
      Name

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
|  |  |  |

### Part 4:  Total Amounts of the Priority and Nonpriority Unsecured Claims

**5.  Add the amounts of priority and nonpriority unsecured claims.**

|  |  | Total of claim amounts |
|---|---|---|
| 5a. Total claims from Part 1 | 5a. $ | 2,599.65 |
| 5b. Total claims from Part 2 | 5b. + $ | 2,018,469.97 |
| 5c. Total of Parts 1 and 2<br>Lines 5a + 5b = 5c. | 5c. $ | 2,021,069.62 |

**Fill in this information to identify the case:**

Debtor name: **Midway Market Square Elyria LLC**

United States Bankruptcy Court for the: SOUTHERN DISTRICT OF NEW YORK

Case number (if known): _____

☐ Check if this is an amended filing

Official Form 206G

# Schedule G: Executory Contracts and Unexpired Leases    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1. **Does the debtor have any executory contracts or unexpired leases?**
   ☐ No. Check this box and file this form with the debtor's other schedules. There is nothing else to report on this form.
   ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.1. State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract<br><br>**Space #01A (25,023 SF)** | **Altitude Trampoline Park** |
| 2.2. State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract<br><br>**Space #8 (48,265 SF)** | **Gabriel Brothers, Inc.** |
| 2.3. State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract<br><br>**Space #7 (95,440 SF)** | **Giant Eagle** |
| 2.4. State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract<br><br>**Parcel #2 (4,256 SF)** | **iHOP** |

| Debtor 1 | **Midway Market Square Elyria LLC** | | Case number *(if known)* | |
|---|---|---|---|---|
| | First Name | Middle Name  Last Name | | |

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.5. | State what the contract or lease is for and the nature of the debtor's interest | **Space #2 (4,200 SF)** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Jamie's Carpet** |

| 2.6. | State what the contract or lease is for and the nature of the debtor's interest | **Space #9 (25,594 SF)** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Jo-Ann Fabrics** |

| 2.7. | State what the contract or lease is for and the nature of the debtor's interest | **Parcel # 1 (3,834 SF)** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **KeyBank** |

| 2.8. | State what the contract or lease is for and the nature of the debtor's interest | **Property Management Agreement** | |
|---|---|---|---|
| | State the term remaining | | **Madison Properties**<br>**3611 15th Avenue**<br>**Suite 420**<br>**Brooklyn, NY 11218** |
| | List the contract number of any government contract | | |

| 2.9. | State what the contract or lease is for and the nature of the debtor's interest | **Snow Removal Contract** | |
|---|---|---|---|
| | State the term remaining | | **Maintenance Systems of Norther**<br>**42208 Albrecht Rd.**<br>**Elyria, OH 44035** |
| | List the contract number of any government contract | | |

| 2.10. | State what the contract or lease is for and the nature of the debtor's interest | **Service and Backflow Inspection Agreement** | |
|---|---|---|---|
| | State the term remaining | | **North Coast Fire Protection In**<br>**1260 North Park Avenue**<br>**Warren, OH 44483** |
| | List the contract number of any | | |

| Debtor 1 | **Midway Market Square Elyria LLC** | | Case number *(if known)* | |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

### Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|

| | | government contract | | |
|---|---|---|---|---|
| 2.11. | State what the contract or lease is for and the nature of the debtor's interest | **Space #4 (9,000 SF)** | | |
| | State the term remaining | | | |
| | List the contract number of any government contract | | **Pet Supplies Plus** | |
| 2.12. | State what the contract or lease is for and the nature of the debtor's interest | **Service Agreement** | | |
| | State the term remaining | | | |
| | List the contract number of any government contract | | **QPS**<br>**45085 Telegraph Rd.**<br>**Elyria, OH 44035** | |
| 2.13. | State what the contract or lease is for and the nature of the debtor's interest | **Space #1 (7,500 SF)** | | |
| | State the term remaining | | | |
| | List the contract number of any government contract | | **Ross Medical Education Center** | |
| 2.14. | State what the contract or lease is for and the nature of the debtor's interest | **Space #5 (3,000 SF)** | | |
| | State the term remaining | | | |
| | List the contract number of any government contract | | **Sally Beauty** | |
| 2.15. | State what the contract or lease is for and the nature of the debtor's interest | **(Parcel owned by Tenant)**<br>**Space #6 (122,824 SF)** | | |
| | State the term remaining | | | |
| | List the contract number of any government contract | | **Target** | |
| 2.16. | State what the contract or lease is for and the nature of the debtor's interest | **Parcel #3 (6,772 SF)** | **Texas Roadhouse** | |

| Debtor 1 | **Midway Market Square Elyria LLC** | | Case number *(if known)* | |
|---|---|---|---|---|
| | First Name | Middle Name    Last Name | | |

**Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

    State the term remaining

    List the contract number of any government contract

---

| 2.17. | State what the contract or lease is for and the nature of the debtor's interest | **Space #3 (118,040 SF)** |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **The Home Depot** |

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | Midway Market Square Elyria LLC |
| United States Bankruptcy Court for the: | SOUTHERN DISTRICT OF NEW YORK |
| Case number (if known) | |

☐ Check if this is an amended filing

Official Form 206H
# Schedule H: Your Codebtors    12/15

**Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.**

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.
☒ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 | **Chaim Lobl** | **16 Laurie Lane**<br>**Monsey, NY 10592** | **Fortress Credit Co LLC** | ☒ D  2.1<br>☐ E/F ____<br>☐ G ____ |
| 2.2 | **Paul Asher Pollak** | **199 Lee Avenue**<br>**Suite 635**<br>**Brooklyn, NY 11211** | **Fortress Credit Co LLC** | ☒ D  2.1<br>☐ E/F ____<br>☐ G ____ |